# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harry Josef Heckmann,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:13-cv-01351-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed August 23, 2013, Plaintiff Harry Josef Heckmann seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and summonses. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

Dated: **August 28, 2013**          **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE