BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN
Special Assistant United States Attorney
    Social Security Administration, Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-Mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY JOSEF HECKMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:13-CV-01351-SMS<br><br>JOINT STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S ANSWER; ORDER THEREON |

1  Defendant's answer to Plaintiff's complaint is due by January 27, 2014. For reasons that
2  Defendant's counsel's client has yet to explain to counsel, the administrative record has not been
3  fully prepared as of today. Therefore, the parties stipulate and agree, subject to the Court's
4  approval, that Defendant shall have an extension of thirty days, up to and including February 26,
5  2014, in which to file her answer. The parties stipulate in good faith, with no intent to delay
6  proceedings unduly.

Respectfully submitted,

Date: *January 23, 2014*          */s/ Steven G. Rosales*
                                   STEVEN G. ROSALES
                                   Attorney for Plaintiff

Date: *January 23, 2014*          BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                                    */s/ Timothy R. Bolin*
                                   TIMOTHY R. BOLIN
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

**ORDER**

Pursuant to the parties' joint stipulation, and for good cause shown, the Court orders that Defendant's time for filing her answer be extended up to and including February 26, 2014.

DATED:  1/23/2014              /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE